# ELECTRONIC RECORD

COA # 10-13-00105-CR

OFFENSE: Capital Murder

STYLE: Stanley Wayne Robertson v. The State of Texas

COUNTY: Brazos

TRIAL COURT: 85th District Court

TRIAL COURT #: 10-04337-CRF-85

TRIAL COURT JUDGE: Hon. Kyle Hawthorne

DISPOSITION: Affirmed

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: April 16, 2015

JUSTICE: Chief Justice Gray   PC _____   S   X _____

PUBLISH: _____   DNP: X _____

CLK RECORD: April 9, 2013**

RPT RECORD: October 22, 2013

STATE BR: November 24, 2014

APP BR: August 19, 2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: January 22, 2015**

SUPP BR: _____

PRO SE BR: _____

**being sent through regular mail**

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # 576-15

----------

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

refused

DATE: July 29, 2015

JUDGE: PC

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____